388-15

March 29, 2015

Mr Acosta

Im writing in regards to a Extension of time in which to file a discretionary review in my case out of the fourth Court of Appeals 04-14-00432. My rehearing was denied on the 19TH day of march but I didn't receive notice until 26TH day of march some seven day later. Also Ive never filed a discretionary review due you have a copy of the floor mat so I get it right.

Thank you

Otto Ray Rietzman #1022316
200 w Comal
San Antonio Tx 78207

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 02 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

APR 13 2015

Abel Acosta, Clerk